UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| GINA ZAHRAN | ) | Civil Action No. |
| | ) | 3:18-cv-00139-FDW-DCK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BROWARD HEALTH MEDICAL | ) | |
| CENTER AND DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Respectfully submitted on June 5, 2018,

By: s/ Holly E. Dowd
Holly E. Dowd (N.C. Bar No. 37533)
Thompson Consumer Law Group, PLLC
822 Camborne Place
Charlotte, NC 28210
Telephone: (888) 332-7252 ext. 260
Facsimile: (866) 317-2674
hdowd@consumerlawinfo.com
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I certify that on August 23, 2018, the foregoing document was filed with the Clerk of the U.S. District Court for the Western District of North Carolina via CM/ECF which will send notification of such filing to Defendants through counsel of record as follows:

Lyndsay E. Medlin
Bradley Arant Boult Cummings LLP
214 N. Tryon St. Ste. 3700
Charlotte, NC 28202
lmedlin@bradley.com

s/ Holly E. Dowd
Holly E. Dowd