UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| GINA ZAHRAN | ) | Civil Action No. |
| | ) | 3:18-cv-00139-FDW-DCK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BROWARD HEALTH MEDICAL | ) | |
| CENTER AND DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted on September 19, 2018,

| | |
|---|---|
| s/ Holly E. Dowd | s/Lyndsay E. Medlin |
| Holly E. Dowd (NC Bar No. 37533) | Lyndsay E. Medlin (NC Bar No. 49403) |
| Thompson Consumer Law Group, PLLC | Bradley Arant Boult Cummings LLP |
| 822 Camborne Place | 214 N. Tryon St. Ste. 3700 |
| Charlotte, NC 28210 | Charlotte, NC 28202 |
| Telephone: (888) 332-7252 ext. 260 | Telephone: (704) 338-6000 |
| Facsimile: (866) 317-2674 | Facsimile: (704) 332-8858 |
| hdowd@consumerlawinfo.com | lmedlin@bradley.com |
| Attorneys for Plaintiff | Attorney for Defendant |

1

**CERTIFICATE OF SERVICE**

I certify that on September 19, 2018, the foregoing document was filed with the Clerk of the U.S. District Court for the Western District of North Carolina via CM/ECF which will send notification of such filing to Defendants through counsel of record as follows:

>Lyndsay E. Medlin
>Bradley Arant Boult Cummings LLP
>214 N. Tryon St. Ste. 3700
>Charlotte, NC 28202
>lmedlin@bradley.com

>s/ Holly E. Dowd
>Holly E. Dowd